```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE JAVIER CUY COMES,

                Petitioner,

-against-

FRANCIS DELEON, in his official capacity as Acting Assistant Field Office Director for the Newark Field Office for Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States of America,

                Respondents.

25 Civ. 9283 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The undersigned ORDERS as follows: Petitioner's transfer or removal to any location outside the geographic operation of Immigration and Custom Enforcement's New York field office is ADMINISTRATIVELY STAYED pending further order of the Court. The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

    SO ORDERED.

Dated: November 7, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge